
PLAINTIFF'S EXHIBIT 1

**PRESTIGE ANNAPOLIS LLC /**
**PRESTIGE SERVICE CENTER**
2039 INDUSTRIAL DRIVE
ANNAPOLIS, MD 21401
410-990-1800/1801 FAX
www.PRESTIGEANNAPOLIS.com

**INVOICE**
12/22/2015

| NAME | William Betteridge | | | | |
|---|---|---|---|---|---|
| ADDRESS | 1903 Towne Centre Blvd Unit 547 | | | | |
| | Annapolis, MD 21401 | | | | |
| E-MAIL | | | | | |
| YEAR | MAKE | MODEL | SERIAL #/VIN | TAG / STATE | ODOMETER |
| 2016 | BENZ | GTS | #GA001175 | | |

| PHONE | |
|---|---|
| DATE IN | 12/22/2015 |
| DATE OUT | |
| PROMISED | |

### MATERIAL USED
ALL PARTS NEW UNLESS SPECIFIED: U-USED, R-REBUILT, RC-RECONDITIONED

| QTY | PART NO. | DESCRIPTION | PRICE | WARRANTY Y/N |
|---|---|---|---|---|
| | | | | |

| OPER NO. | DESCRIPTION | | |
|---|---|---|---|
| | RENNTECH DEVELOPMENT COST | $ | 6,360.00 |
| | TRANSPORTATION FEES | $ | 2,120.00 |
| | SALES FEES | $ | 1,300.00 |
| | DETAIL | $ | 300.00 |
| | ACCOUNTING FEES | $ | 1,650.00 |

| LABOR CHARGE | |
|---|---|
| LUBRICATION | |
| CHANGE OIL | |
| CHANGE OIL FILTER CART | |
| CHANGE TRANS. | |
| CHANGE DIFF. | |
| PACK FRONT WHEEL BRGS | |
| ADJUST BRAKES | |
| ROTATE TIRES | |
| WASH POLISH | |
| STATE INSPECTION | |

| METHOD OF PAYMENT: | GAS, OIL & GREASE | PRICE | | TOTAL LABOR | $ | - |
|---|---|---|---|---|---|---|
| CASH __ CHECK __ CHARGE | GALS. GAS @ | $ | - | TOTAL PARTS | $ | - |
| LABOR | QTS. OIL @ | $ | - | SHOP/MISC FEES | $ | - |
| FLAT RATE _X_ HOURLY __ BOTH | LBS. GREASE @ | $ | - | GAS, OIL & GREASE | $ | - |
| RETAIN PARTS __ DESTROY PARTS | TOTAL GAS, OIL & GREASE | $ | - | OUTSIDE REPAIRS | $ | - |
| | | | | SHIPPING | $ | - |
| I hereby acknowledge that the repair work previously authorized has been completed by Prestige Annapolis LLC | | | | STORAGE FEE (if applies) | $ | - |
| | | | | TAX | $ | - |
| | | | | **TOTAL AMOUNT DUE** | **$** | **11,730.00** |

Signature _____
Print _____
Date _____

FOR INTERNAL USE:
CUSTOMER NOTIFIED OF COMPLETION ___/___/___
VOICEMAIL LEFT ___/___/___
VEHICLE RETURNED TO CUSTOMER ___/___/___
INVOICE PAID ON ___/___/___

| | OUTSIDE REPAIRS | | |
|---|---|---|---|
| PARTS SAVED | BROUGHT FORWARD | $ | - |
| RETURNED | TOTAL PARTS | $ | - |

| QTY | ACCESSORY NO. | ACCESSORIES | PRICE |
|---|---|---|---|
| | | | |
| | | TOTAL ACCESSORIES | $ - |

COMMENTS:

# NOTICE OF SALE

## OF MOTOR VEHICLE TO SATISFY A LIEN

**PLAINTIFF'S EXHIBIT 2**

LOT NUMBER: 8892

PROCESS START DATE: 01/08/2016

**REGISTERED OWNER:**
DAIMLER TRUST C/O WILLIAM BANCROFT
1110 BARDELL DR
WILMINGTON, DE 10908-3000

**LIEN HOLDER:**
DAIMLER TITLE CO
PO BOX 997545
SACRAMENTO, CA 95899

**CUSTOMER:**
WILLIAM BETTERIDGE
1903 TOWNE CENTRE BLVD, UNIT 547
ANNAPOLIS, MD 21401

**LIENOR:**
PRESTIGE ANNAPOLIS LLC
DBA: PRESTIGE SERVICE CENTER
25 RITCHIE HWY
PASADENA, MD 21122-4356

**KNOW ALL MEN BY THESE PRESENTS:** That **NATIONWIDE LIEN & RECOVERY INC.**, Duly licensed and bonded auctioneer in and for the **STATE OF MARYLAND** on behave of the lienor, will sell at public auction the following vehicle, located at the above lienor shop, to the highest bidder, pursuant to subtitle 16-202 to 16-207 of the Maryland Commercial Law Statutes for the purpose of satisfying the mechanic lien to the above lienor.

### DESCRIPTION OF VEHICLE

YEAR: 2016   MAKE: **MERCEDES**   MODEL: AMG GT S   BODY TYPE: 2DR   COLOR: SILVER
VIN: WDDYJ7JA2GA001175   ODOMETER: 2995   DATE TO SHOP: 12/22/2015   TAG NUMBER:

### WE HEREBY DEMAND FULL PAYMENT

AMOUNT OF LIEN FOR REPAIR, REBUILDING, TIRE ETC........................ $49,084.00
AMOUNT OF LIEN WITH AUCTIONEER FEES AT TIME OF AUCTION............. $50,534.00

You have the right prior to the auction date to satisfy in full all the above mentioned costs by contacting **NATIONWIDE LIEN & RECOVERY INC.** Full payment must be received in cash or certified funds only. In the event you do not satisfy the above lien within the grace period, **NATIONWIDE LIEN & RECOVERY INC....**

### WILL SELL AT PUBLIC AUCTION

The above mentioned vehicle on 03/02/2016 at the hour of 11 a.m. on said day at **NATIONWIDE LIEN & RECOVERY INC.**, situated at *468 Colonial Ridge Lane, Arnold, MD 21012-2392* in the County of Anne Arundel.

### STATEMENT OF OWNERS RIGHTS

If the vehicle owner disputes the amount of charges, he/she may institute an action of replevin in the Circuit Court of the County were the vehicle is located (*the above lienor shop*). Upon notification of the replevin action, MVA will *not* issued a title for the vehicle until the case has been decided.

### STATEMENT OF FACTS

The charges for repairs, rebuilding or storage must be due and payable for a period of thirty (30) days. This notice is an attempt to collect a debt. Any information obtained will be used for that purpose.

### MILITARY SERVICE

If you are in the Military Service of the United States Government or its Allies or have other legal protections from collections, please notify this office immediately upon receipt of this Notice.

*Louis J. Mazzuchelli*, Auctioneer

410.626.7370 * Fax: 443.321.3727 * Website: www.lienit.com * Email: Lou@lienit.com & Service@lienit.com