UNITED STATES DISTRICT COURT  Bond No.: 285051498
DISTRICT OF MARYLAND  Docket No.: 1:16-CV-00544-ELH

---

DAIMLER TRUST and DAIMLER TITLE CO.,

          Plaintiffs,    **BOND IN THE SUM OF $105,000.00**

-against-

PRESTIGE ANNAPOLIS, LLC,

          Defendant.

-----------------------------------------------------------------

**WHEREAS**, PLAINTIFFS being the titled owner and recorded lienholder of and upon a certain **2016 Mercedes-Benz** vehicle bearing vehicle identification number **WDDYJ7JA2GA001175** have commenced an action in part to limit, redeem and/or cancel a purported mechanic lien claim asserted by Defendant against the **2016 Mercedes-Benz** vehicle as security for various monetary charges asserted for materials and services relative to the said **2016 Mercedes-Benz** and to recover possession of the said vehicle; and

**WHEREAS** PLAINTIFFS intend to give a Bond in an amount exceeding the value of the purported mechanic claim by Defendant as measured by the value of the said **2016 Mercedes-Benz** and to recover possession of said vehicle;

**NOW, THEREFORE**, the undersigned, Liberty Mutual Insurance Company, a corporation authorized to do business under the laws of the State of New York, and having an office and principal place of business at 55 Water St. New York, NY 10041, does hereby pursuant to the law as made and provided, undertake and become bound to pay to Defendant within 30 days of judgment the value of the said **2016 Mercedes-Benz** which is determined by the Court to be encumbered by a mechanic lien enforceable by Defendant, including interest on the claim and all costs thereto incident, which has priority over Plaintiffs' interests in the **2016 Mercedes-Benz** not exceeding the sum of **$105,000.00.**

DATED THIS __11th__ DAY OF March, 2016

              Liberty Mutual Insurance Company

              _____
              Lisa Sesny  , Attorney in Fact

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 6082574

American Fire and Casualty Company  Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company  West American Insurance Company

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That American Fire & Casualty Company and The Ohio Casualty Insurance Company are corporations duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint,  Christopher Weinig; Dana Comaianni-Martin; Dawn M. Olejniczak; Donald J. Berry; Lisa Sesny; Steven C. Poling

all of the city of Farmington Hills, state of MI  each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 16th day of April, 2013.



American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _____
Gregory W. Davenport, Assistant Secretary

STATE OF WASHINGTON  ss
COUNTY OF KING

On this 16th day of April, 2013, before me personally appeared Gregory W. Davenport, who acknowledged himself to be the Assistant Secretary of American Fire and Casualty Company, Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Seattle, Washington, on the day and year first above written.



By: _____
KD Riley, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

ARTICLE IV – OFFICERS – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

ARTICLE XIII – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

Certificate of Designation – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes Gregory W. Davenport, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

Authorization – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, David M. Carey, the undersigned, Assistant Secretary, of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this 14th day of March, 2016.



By: _____
David M. Carey, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*

## ACKNOWLEDGEMENT FOR ANNEXED INSTRUMENT

STATE OF MICHIGAN  
COUNTY OF OAKLAND     }

On this 11th day of March 2016, before me personally came Lisa Sesny who, being by me duly sworn, did depose and say that she is an Attorney-in-Fact of **Liberty Mutual Insurance Company,** and knows the corporate seal thereof; that the seal affixed to said annexed instrument is such corporate seal, and was thereto affixed by authority of the Power of Attorney of said Company, of which a Certified Copy is hereto attached, and that she signed said instrument as an Attorney-in-Fact of said Company by like authority.

Acknowledged and sworn to before me on the date above.

*[signature: Shelley A. Garrett]*

SHELLEY A. GARRETT  
Notary Public, State of Michigan  
County of Oakland  
My Commission Expires 06-29-2020  
Acting in the County of _____