**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DAIMLER TRUST, *et al*. | * | |
| Plaintiffs, | * | Case No.: 16-cv-00544 (JMC) |
| v. | * | |
| PRESTIGE ANNAPOLIS, LLC, | * | |
| Defendant. | * | |

**AMENDED SCHEDULING ORDER**

**THIS MATTER** having been brought before the Court by Plaintiffs by their September 29, 2016 letter to the Court seeking a postponement of the deadline for Plaintiffs' Rule 26(a)(2) disclosures and all coinciding deadlines; and there being no objection from Defendant; and the Court having reviewed the letter and all other papers submitted by Plaintiffs; and the Court having determined that good and sufficient reasons exist to proceed by way of an Order Amending the August 2, 2016 Scheduling Order; and for good cause shown;

**IT IS**, on this $\underline{4}$ day of $\underline{October}$, 2016, **ORDERED** The deadlines set by

the August 2, 2016 Scheduling Order be postponed by 45 days as such:

| Previous Deadline | Amended Deadline | |
|---|---|---|
| September 30, 2016 | November 14, 2016 | Plaintiffs' Rule 26(a)(2) disclosures |
| October 28, 2016 | December 12, 2016 | Defendant's Rule 26(a)(2) disclosures |
| November 11, 2016 | December 26, 2016 | Plaintiffs' rebuttal Rule 26(a)(2) disclosures |
| November 25, 2016 | January 9, 2017 | Rule 26(e)(2) supplementation of disclosures and responses |
| December 23, 2016 | February 6, 2017 | Discovery deadline; submission of status report |
| January 6, 2016 | February 20, 2017 | Requests for admission |
| January 20, 2017 | March 6, 2017 | Dispositive pretrial motions deadline |

J. Mark Coulson
United States Magistrate Judge