# EXHIBIT C

# NOTICE OF SALE

## OF MOTOR VEHICLE TO SATISFY A LIEN

LOT NUMBER: 8892

PROCESS START DATE: 01/08/2016

**REGISTERED OWNER:**

DAIMLER TRUST C/O WILLIAM BANCROFT

1110 BARDELL DR

WILMINGTON, DE 10908-3000

**LIEN HOLDER:**

DAIMLER TITLE CO

PO BOX 997545

SACRAMENTO, CA 95899

**CUSTOMER:**

WILLIAM BETTERIDGE

1903 TOWNE CENTRE BLVD, UNIT 547

ANNAPOLIS, MD 21401

**LIENOR:**

PRESTIGE ANNAPOLIS LLC

DBA: PRESTIGE SERVICE CENTER

25 RITCHIE HWY

PASADENA, MD 21122-4356

*KNOW ALL MEN BY THESE PRESENTS:* That *NATIONWIDE LIEN & RECOVERY INC.*, Duly licensed and bonded auctioneer in and for the *STATE OF MARYLAND* on behave of the lienor, will sell at public auction the following vehicle, located at the above lienor shop, to the highest bidder, pursuant to subtitle 16-202 to 16-207 of the Maryland Commercial Law Statutes for the purpose of satisfying the mechanic lien to the above lienor.

## DESCRIPTION OF VEHICLE

YEAR: 2016   MAKE: **MERCEDES**          MODEL: **AMG GT S**        BODY TYPE: 2DR     COLOR: **SILVER**

VIN: **WDDYJ7JA2GA001175**      ODOMETER: 2995      DATE TO SHOP: **12/22/2015**     TAG NUMBER:

## WE HEREBY DEMAND FULL PAYMENT

AMOUNT OF LIEN FOR REPAIR, REBUILDING, TIRE ETC...................... **$49,084.00**

AMOUNT OF LIEN WITH AUCTIONEER FEES AT TIME OF AUCTION............. **$50,534.00**

You have the right prior to the auction date to satisfy in full all the above mentioned costs by contacting *NATIONWIDE LIEN & RECOVERY INC.* Full payment must be received in cash or certified funds only. In the event you do not satisfy the above lien within the grace period, *NATIONWIDE LIEN & RECOVERY INC....*

## WILL SELL AT PUBLIC AUCTION

The above mentioned vehicle on 03/02/2016 at the hour of 11 a.m. on said day at *NATIONWIDE LIEN & RECOVERY INC.*, situated at *468 Colonial Ridge Lane, Arnold, MD 21012-2392* in the County of Anne Arundel.

## STATEMENT OF OWNERS RIGHTS

If the vehicle owner disputes the amount of charges, he/she may institute an action of replevin in the Circuit Court of the County were the vehicle is located (*the above lienor shop*). Upon notification of the replevin action, MVA will *not* issued a title for the vehicle until the case has been decided.

## STATEMENT OF FACTS

The charges for repairs, rebuilding or storage must be due and payable for a period of thirty (30) days. This notice is an attempt to collect a debt. Any information obtained will be used for that purpose.

## MILITARY SERVICE

If you are in the Military Service of the United States Government or its Allies or have other legal protections from collections, please notify this office immediately upon receipt of this Notice.

*Louis J. Mazzuchelli*, Auctioneer

410.626.7370 * Fax: 443.321.3727 * Website: www.lienit.com * Email: Lou@lienit.com & Service@lienit.com